IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAMMYE RICHARDSON,<br>　　　Plaintiff,<br><br>v.<br><br>NEW CENTURY MORTGAGE AND<br>LAYERS ET AL.,<br>　　　Defendants. | §<br>§<br>§   No. 3:09-CV-949-P<br>§<br>§<br>§<br>§<br>§ |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Plaintiff shall tender the $350.00 filing fee to the District Clerk within ten (10) days of the entry of this order or this case will be dismissed without prejudice for failure to pay the filing fee.

SO ORDERED this 13th day of October 2009.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE